

**In re Jon Raymond GROH and Edward Lee Raymond.**

**No. 05–1015, 09/687,424.**

United States Court of Appeals, Federal Circuit.

Dec. 9, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Wai Mun LEE, Charles U. Pittman, Jr., and Robert J. Small, Appellants,**

v.

**Masahito TANABE, Kazumasa Wakiya, Masakazu Kobayashi, and Toshimasa Nakayama, Appellees.**

**No. 04–1584, 105,117.**

United States Court of Appeals, Federal Circuit.

Dec. 9, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Wai Mun LEE, Charles U. Pittman, Jr., and Robert J. Small, Appellants,**

v.

**Masahito TANABE, Kazumasa Wakiya, Masakazu Kobayashi, and Toshimasa Nakayama, Appellees.**

**No. 04–1583, 105,088.**

United States Court of Appeals, Federal Circuit.

Dec. 9, 2004.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

